ACCEPTED
03-14-00260-CR
6278892
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 3:43:27 PM
JEFFREY D. KYLE
CLERK

TOM WATSON
SAM MEHAFFEY
CLAIRE MEHAFFEY



MEHAFFEY & WATSON

325-674-1900  PHONE
325-674-1901  FAX

July 24, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 3:43:27 PM
JEFFREY D. KYLE
Clerk

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re: Flores v. State of Texas
Third Court of Appeals Number 03-14-00260-CR

**CERTIFICATION OF COMPLIANCE WITH RULE 48.4**

Attached you will find a copy of my letter of July 16, 2015, to Mr. Frank R. Flores notifying him of his right to appeal under Rule 68. Also attached is the return receipt showing that Mr. Flores received the letter.

Sincerely yours,

Tom Watson

2441 SOUTH 1ST STREET     ABILENE, TEXAS 79605

TOM WATSON
SAM MEHAFFEY
CLAIRE MEHAFFEY



MEHAFFEY & WATSON

325-674-1900  PHONE
325-674-1901  FAX

July 16, 2015

Frank R. Flores  #1938568
Baten Unit
1995 Hilton Rd.
Pampa, Texas 79065

Re: Flores v. State of Texas
Third Court of Appeals Number 03-14-00260-CR
Trial Court Case No: A-12-0701-SA

Dear Mr. Flores:

     Enclosed you will find the Opinion of the Third Court of Appeals in regard to your case and the Judgment.  The Court of Appeals affirmed the Trial Court.  This means that your appeal was denied.

     If you desire to appeal your case to the Court of Criminal Appeals you should consult Rule 68 of the Texas Rules of Appellate Procedure for instructions as to how you may file a *pro se* petition for discretionary review of the Court of Appeals decision.  My representation of you ends with the decision of the Court of Appeals.

               Sincerely yours,

               Tom Watson

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 3020 0000 4636 9392

Sent To  Frank R Flores # 1938568
Street, Apt. No.; or PO Box No.  Baten Unit 1995 Hilton Rd
City, State, ZIP+4  Pampa Tx 79065

See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank R. Flores
# 1938568
Baten Unit
1995 Hilton Rd.
Pampa Tx 79065

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 7/20/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Flores (Tw)

3. Service Type
☒ Certified Mail®          ☐ Priority Mail Express™
☐ Registered               ☒ Return Receipt for Merchandise
☐ Insured Mail             ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)

7013 3020 0000 6636 9392

PS Form 3811, July 2013            Domestic Return Receipt